COURT OF APPEALS CAUSE NO. 05-15-0557-CV
TRIAL COURT CAUSE NO. CV99-01573-CV

CHARLES ANTHONY ALLEN SR § IN THE FIFTH DISTRICT

Appellant

§ COURT OF APPEALS

v.

OF TEXAS at DALLAS

THE STATE OF TEXAS §

## ALLEN'S AFFIDAVIT OF INABILITY TO PAY COST OF APPEAL

RECEIVED
Court of Appeals

FILED IN
COURT OF APPEALS   JUN 10 2015
Lisa Matz
JUN 10 2015   Clerk, 5th District

LISA MATZ
CLERK, 5th DISTRICT

STATE OF TEXAS §
POLK COUNTY §

1. "My name is Charles Anthony Allen Sr., and I am the appellant in this case. I am of sound mind and capable of making this affidavit. The facts stated within this affidavit are within my personal knowledge and are true and correct.

2. I filed an original proceeding in this Court because of a void judgment, and issuance of a protective order. The underlying appeal has been filed and a affidavit of indigence, and erroneously dismissed by this Court.

3. As of May 28, 2015 and in a order issued by the Court, the Clerk and Reporter records has not been filed with the Court, to date.

4. I am unable to pay any of the $195.00 for the cost of this appeal/proceeding.

1.

COURT OF APPEALS CAUSE NO. 05-15-0557-CV
TRIAL COURT CAUSE NO. CV99-01573-CV

| | |
|---|---|
| CHARLES ANTHONY ALLEN SR § | IN THE FIFTH DISTRICT |
| Appellant | |
| | § COURT OF APPEALS |
| v. | OF TEXAS OF DALLAS |
| THE STATE OF TEXAS § | |

RECEIVED
Court of Appeals
JUN 1 0 2015
Lisa Matz
Clerk, Fifth District

## ALLEN'S AFFIDAVIT OF INABILITY TO PAY COST OF APPEAL

STATE OF TEXAS §
POLK COUNTY §

1. "My name is Charles Anthony Allen Sr., and I am the appellant in this case. I am of sound mind and capable of making this affidavit. The facts stated within this affidavit are within my personal knowledge and are true and correct.

2. I filed an original proceeding in this Court because of a void judgment, and issuance of a protective order. The underlying appeal has been filed and a affidavit of indigence, and erroneously dismissed by this Court.

3. As of May 28, 2015 and in a order issued by the Court, the Clerk and Reporter records has not been filed with the Court, to date.

4. I am unable to pay any of the $195.00 for the cost of this appeal/proceeding.

1.

5. I have no income from any source;

6. I do not have a spouse;

7. I do not have any dependents that can pay the cost of this appeal;

8. I do not own any real or property, or personal property;

9. I have no cash or money on deposit;

10. I have no other assets;

11. I currently owe about $3,550 in court fees;

12. I am a pro se litigant and not represented by legal counsel.

## UNSWORN DECLARATION

I, Charles Anthony Allen Sr., TDCJ-CID No. 1043550, am presently incarcerated at the Allan B. Polunsky Unit in Polk County, Texas. I declare under penalty of perjury that the facts stated in this document are true and correct, pursuant to Tex. Civ. Proc & Rem. Code § 132.001.
Executed on June 4, 2015

Charles Anthony Allen Sr.

2.

June 4, 2015

Charles Anthony Allen Sr., #1043550
Allen B. Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

Re: Charles Anthony Allen Sr., v. The State of Texas
      Cause No. 05-15-00557-CV
      Trial Court Cause No. CV99-01573-V

Lisa Matz, Clerk
Fifth Court of Appeals
600 Commerce St., Ste. 200
Dallas, Texas 75202

Dear Clerk
Please find enclosed one original and one copy of the
Appellant's Affidavit of Indigence, please file dot stamp
the copy and file the original with the Court. A copy
of this document has been sent to the District Attorney's
Office via this letter. Thank you for your kind help,
and God bless you.

                                        Sincerely,

                                    Charles Anthony Allen Sr.

Charles Anthony Allen Sr. # 1043550
Allan B. Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

V.F. Special

7520246399

Attn: Lisa Matz, Clerk of the Court
Fifth Court of Appeals
600 Commerce St. Ste. 200
Dallas, Texas 75202